Prob12B (10/99)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Troy Mitchum                                  Case Number: M-06-2040-H

Name of Judicial Officer: The Honorable Ronald Howland

Date of Original Sentence: November 9, 2006

Original Offense: Driving under the influence of an intoxicating substance

Original Sentence: One year of probation and participation in mental health and substance abuse treatment, testing, and aftercare at the direction of the U.S. Probation Office

Type of Supervision: Probation          Date Supervision Commenced: November 9, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total of years.
[X]   To modify the conditions of supervision as follows: You shall be placed on Home Detention throughout the remainder of your term of probation. During this time, you shall remain at your place of residence except for employment and other activities approved in advance by the probation officer. You shall maintain a telephone at your place of residence without call forwarding, a modem, caller ID, answering machine, call waiting or portable cordless telephones for the above period. At the direction of your probation officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by your probation officer. You shall promptly pay the associated monitoring fees directly to the monitoring company for each day you are in the Home Confinement Program as determined per the Home Confinement Policy Manual co-payment guidelines.

## CAUSE

Prob 12B (10/99)                  2                  Troy Mitchum
                                                                                                 M-06-2040-H

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The defendant shall not commit another federal, state or local crime. |
| | The defendant was arrested by the Newcastle Police Department on July 12, 2007, for driving while under the influence of drugs and failure to carry a valid owner's security verification form in his vehicle. A disposition hearing conference is scheduled in McClain County District Court for September 20, 2007. |

Respectfully submitted by,                  Reviewed by,

Vince Windham                          Derald T. Riggs
U.S. Probation Officer                   Supervising U. S. Probation Officer

Date: 8-20-07                            Date: 8/20/2007

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

8/21/07
Date                                                 Signature of Judicial Officer